FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH
BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,

     Plaintiffs and Appellees,

                                    O R D E R

v.

CHRISTI JACOBSEN, in her official capacity as
Montana Secretary of State,

     Defendant and Appellant.

_____

Pursuant to the motion for leave to file an amicus brief in the captioned matter filed by Lawyers Democracy Fund and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Amicus is granted leave to file its amicus brief on May 22, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2023